UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**FABIAN EDILSON TORRES CARANTON,**<br>also known as "Cassius," and "David,"<br><br>**Defendant.** | **CASE NO. 19-CR-268 (TSC)**<br><br><u>**UNDER SEAL**</u> |

### GOVERNMENT'S MOTION REQUESTING ACCESS TO SEALED DOCKET

The undersigned counsel for the United States of America requests the Court direct the Clerk of Court to provide to the United States a copy of the Sealed Docket Report regarding the above-referenced case. Undersigned counsel requests access to the sealed docket report to review the case for unsealing.

The undersigned counsel also requests that the Court direct the Clerk of Court to provide to the United States a copy of any filing that might aid Government counsel with their review.

                                                    MARLON COBAR, Chief
                                                  Criminal Division
                                                  Narcotic and Dangerous Drug Section
                                                  U.S. Department of Justice

By:    <u> /s/Douglas Meisel           </u>
                                                  Douglas Meisel
                                                  Trial Attorney
                                                  Criminal Division
                                                  United States Department of Justice
                                                  Narcotic and Dangerous Drug Section
                                                  145 N Street Northeast
                                                  Washington, D.C. 20530
                                                  Tel: (202) 598-2281
                                                  Email: Douglas.Meisel@usdoj.gov