UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**FABIAN EDILSON TORRES CARANTON**,<br><br>Defendant. | Criminal Action No. 19-cr-268-2 (TSC) |

## ORDER

In light of Defendant's [102] Motion, the parties are hereby ORDERED to appear for a Motion Hearing on July 23, 2025, at 11:00 AM by Telephonic/VTC via Zoom or in person before Judge Chutkan in Courtroom 9.  It is also ORDERED that the parties will ensure that a representative from the Alexandria Detention Center and the U.S. Marshals Services shall attend to address that status of Defendant's medical care.

SO ORDERED.

Date: July 8, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge